207 So.2d 129

**William G. BRINKS**

**v.**

**STATE.**

**I Div. 499.**

Supreme Court of Alabama.

Feb. 15, 1968.

Frank B. McRight, Mobile, for petitioner.

MacDonald Gallion, Atty. Gen., and Marlin Mooneyham, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of William G. Brinks for certiorari to the Court of Appeals to review and revise the judgment and decision in Brinks v. State, 44 Ala.App. 266, 207 So.2d 127.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

198 So.2d 798

**Cranston CARR**

**v.**

**STATE.**

**6 Div. 456.**

Supreme Court of Alabama.

May 5, 1967.

Beddow, Embry & Beddow, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., and Robt. F. Miller, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Cranston Carr for certiorari to the Court of Appeals to review and revise the judgment and decision in Carr v. State, 43 Ala.App. 642, 198 So.2d 791.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.